**Order entered January 26, 2015**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01065-CR

**ARTHUR FRANKLIN MILLER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81265-2013**

## ORDER

We **GRANT** the State's January 23, 2015 second motion for extension of time to file brief and **ORDER** the brief be filed no later than February 23, 2015.

/s/ DOUGLAS S. LANG
JUSTICE